IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00149-WYD-BNB

EIGHTH DISTRICT ELECTRICAL PENSION FUND, and
TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,

Plaintiffs,

v.

SERVICE PLUS ELECTRIC, INC.,
SERVICE PLUS ELECTRIC NE, INC., and
JOSEPH ANTISTA,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Hold Case in Abeyance Pending Settlement Negotiations** [Doc. # 13, filed 4/6/2009] (the "Motion").  Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED.  The scheduling conference set for April 14, 2009, at 9:30 a.m., is VACATED.

IT IS FURTHER ORDERED that the case is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the parties shall file a joint status report on or before **May 15, 2009**, addressing the issues of settlement, lifting of the stay, and any pretrial proceedings which should be scheduled.

Dated April 7, 2009.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge